UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-00420-MR

| | |
|---|---|
| ROMAN DERRICK MILLER, SR., )<br> )<br>Plaintiff, )<br> )<br>vs. )<br> )<br>GARY L. MCFADDEN, et al., )<br> )<br>Defendants. )<br>_____ ) | ORDER |

**THIS MATTER** is before the Court on review of Plaintiff's Complaint, [Doc. 1], filed under 42 U.S.C. § 1983. Plaintiff recently paid the filing fee in this matter. [See 9/20/2022 Docket Entry].

Pro se Plaintiff Roman Derrick Miller, Sr., ("Plaintiff") is a prisoner of the State of North Carolina currently incarcerated at Catawba Correctional Center in Newton, North Carolina. He filed this action on August 19, 2022, pursuant to 42 U.S.C. § 1983, purporting to name Gary McFadden, the Mecklenburg County Sheriff's Department, the County of Mecklenburg Government Office, and the City of Charlotte Government Office as Defendants. [Doc. 1]. Plaintiff's Complaint, however, is not signed. [See id. at 5]. Plaintiff must sign his Complaint before the Court will conduct its initial review. The Court will instruct the Clerk to mail Plaintiff a copy of the

signature page of his Complaint for Plaintiff to sign and return to the Court within 21 days of this Order.  Once the executed signature page is returned to the Court, the Clerk is directed to attach it to Plaintiff's original Complaint and to regenerate the NEF.  The Court will also vacate the Clerk's Order for Prisoner Trust Account Statement [Doc. 4] as moot because Plaintiff has now paid the filing fee.

**ORDER**

**IT IS THEREFORE ORDERED** that Plaintiff shall submit an executed signature page to his Complaint within 21 days of this Order.  If Plaintiff fails to timely submit an executed signature page in accordance with the terms of this Order, Plaintiff's Complaint may be dismissed without prejudice and without further notice to Plaintiff.

**IT IS FURTHER ORDERED** that the Clerk's Order for Prisoner Trust Account Statement [Doc. 4] is **VACATED** as moot.

The Clerk is instructed to mail Plaintiff a copy of the signature page of his Complaint [Doc. 1 at 5] for Plaintiff to sign and return to the Court.  Once the executed signature page is returned to the Court, the Clerk is directed to attach it to Plaintiff's original Complaint and regenerate the NEF.

**IT IS SO ORDERED**.

Signed: September 26, 2022

Martin Reidinger
Chief United States District Judge